LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants Las Vegas Metropolitan Police Department, P. Meija, and M. Razo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN JENKINS,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and as the Manager/Operator of OFFICE OF THE EX-OFFICIO CONSTABLE FOR THE LAS VEGAS TOWNSHIP; OFFICER P. MEIJA; OFFICER M. RAZO; AND OFFICER K. PLOENSE,<br><br>            Defendants. | Case No.:   2:25-cv-01717-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [ECF No. 1] AND RELATED MATTERS** |

Defendants Las Vegas Metropolitan Police Department ("LVMPD"), LVMPD Officer P. Meija, and LVMPD Officer M. Razo (collectively, "LVMPD Defendants"), and Plaintiff Allen Jenkins, an individual ("Plaintiff"). stipulate and agree to extend the time for LVMPD Defendants to respond to the Complaint (ECF No. 1) ("Complaint"). LVMPD Defendants and Plaintiff stipulate and agree that LVMPD Defendants shall have until December 19, 2025, to file their

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.00048

Page 1 of 2

response to the Complaint. The parties submit that this extension of time is not brought for purposes of delay and is brought in good faith to provide necessary time to review the allegations made in the Complaint. The LVMPD Defendants further stipulate and agree that Plaintiff shall have an extension of time to respond if LVMPD Defendants elect to file a motion in response to the Complaint rather than an answer. In such case, LVMPD Defendants and Plaintiff stipulate and agree that Plaintiff's response to any such motion shall not be due until January 12, 2026.

Further, LVMPD Defendants stipulate and agree not oppose any motion filed by Plaintiff to enlarge the time to serve Defendant, Constable Officer K. Ploense, who is deceased.

Dated this 12th day of December, 2025.

| KAEMPFER CROWELL | LAW OFFICE OF MITCHELL STIPP, P.C. |
|---|---|
| By: */s/ Lyssa Anderson*<br>LYSSA S. ANDERSON<br>(Nevada Bar No. 5781)<br>KRISTOPHER J. KALKOWSKI<br>(Nevada Bar No. 14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>***Attorneys for LVMPD Defendants*** | By: */s/ Mitchell Stipp*<br>MITCHELL D. STIPP<br>(Nevada Bar No. 7531)<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, Nevada 89144<br>***Attorney for Plaintiff*** |

### ORDER

IT IS SO ORDRED.

Dated this 12th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.00048

Page 2 of 2