**DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **ALLEN JENKINS**, | |
| Plaintiff, | **CASE No. 25-cv-1717-RFB-EJY** |
| v. | **ORDER TO EXTEND TIME FOR SERVICE ON DEFENDANT K. PLOENSE** |
| **LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and as Manager/Operator of OFFICE OF THE EX-OFFICIO CONSTABLE FOR THE LAS VEGAS TOWNSHIP**; OFFICER P. MEIJA, P#19596; OFFICER M. RAZO, P#19629; and OFFICER K. PLOENSE, P#15526, | (FIRST REQUEST-UNOPPOSED) |
| Defendants. | |

Plaintiff's Motion to Extend Time for Service on Defendant K. Ploense (First Request – Unopposed) came before the Court. The Court, having considered the motion and supporting papers, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to serve the summons and complaint on defendant **K. Ploense**, or on any proper substitute representative or party to be named in his stead, is extended for **ninety (90) days from the date of entry of this Order**.

**IT IS FURTHER ORDERED** that this extension applies only to the deadline for service on defendant Ploense (or his substitute) and does not alter any other deadlines in this action, unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED: December 18, 2025

UNITED STATED MAGISTRATE JUDGE