LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department,*
*Pablo Meija, and Moises Razo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN JENKINS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and as the Manager/Operator of the OFFICE OF THE EX-OFFICIO CONSTABLE FOR THE LAS VEGAS TOWNSHIP; OFFICER P. MEIJA, P#19596; OFFICER M. RAZO, P#19629; and SPECIAL ADMINISTRATOR FOR THE ESTATE OF OFFICER K. PLOENSE, P#15526, DECEASED,<br><br>                    Defendants. | Case No.:   2:25-cv-01717-RFB-EJY<br><br>**STIPULATION TO STAY DISCOVERY**<br><br>*First Request* |

        Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Pablo Meija (sued as Officer P. Meija, P#19596), and Moises Razo (sued as Officer M. Razo, P#19629) (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Allen Jenkins,

through his counsel, the Law Office of Mitchell Stipp, P.C., stipulate and agree to stay discovery until the Court resolves LVMPD Defendants' Motion to Dismiss, (ECF No. 22), for the following reasons:

1) Plaintiff filed this lawsuit on September 11, 2025, through a Complaint, (ECF No. 1).

2) LVMPD Defendants then filed a Motion to Dismiss, (ECF No. 17, "First MTD"), after which Plaintiff filed a First Amended Complaint, (ECF No. 19, "FAC"), as a matter of right under Federal Rule of Civil Procedure 15.  Accordingly, the First MTD was moot.

3) LVMPD Defendants then filed a Motion to Dismiss the FAC, (ECF No. 22, "Second MTD).

4) The Second MTD requests dismissal of all claims against LVMPD Defendants with prejudice.   Plaintiff opposed the Second MTD, (ECF No. 23), and LVMPD Defendants filed their Reply, (ECF No. 24).

5) The Court issued a Minute Order, (ECF No. 25), after briefing on the Second MTD was complete, which stated, "[w]hile neither party has sought a stay of discovery, the simplicity of the case and nature of the pending Motion to Dismiss appear to warrant a stay until the dispositive motion is resolved."

6) LVMPD Defendants are currently the only defendants named in this case that have been served with process because Plaintiff is still attempting to serve defendant Constable Officer K. Ploense. *See* Mot. Extend Time for Service, ECF No. 26.  As a result, a stay of discovery will not prejudice or delay any proceedings against any defendants.

7) The Parties will meet and confer and prepare and submit a proposed Discovery Plan if

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

required and as directed by the Court after the Court's ruling on the Second MTD.

LAW OFFICE OF MITCHELL STIPP, P.C.    KAEMPFER CROWELL

/s/ Mitchell D. Stipp

MITCHELL D. STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: 702.602.1242
**Attorney for Plaintiff**

/s/ Kristopher J. Kalkowski

LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, #650 Las
Vegas, Nevada 89135 **Attorneys for
LVMPD Defendants**

**IT IS SO ORDERED.**

Dated this 16th day of March, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**