MITCHELL D. STIPP, ESQ.
Nevada Bar No. 7531
**LAW OFFICE OF MITCHELL STIPP, P.C.**
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: 702.602.1242
mstipp@stipplaw.com
*Attorneys for Plaintiff, Allen Jenkins*

# DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **ALLEN JENKINS,**<br>                    **Plaintiff,**<br><br>v.<br><br>**LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and as Manager/Operator of Office of the Ex-Officio Constable for the Las Vegas Township; OFFICER P. MEIJA, P#19596; OFFICER M. RAZO, P#19629; and SPECIAL ADMINISTRATOR FOR THE ESTATE OF OFFICER K. PLOENSE (DECEASED),**<br>                    **Defendants.** | **Case 2:25-cv-01717-RFB-EJY**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY TO DKT. NO. 39**<br><br><br>**FIRST REQUEST** |

Plaintiff, ALLEN JENKINS, by and through his undersigned counsel, and Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada ("LVMPD") and as Manager/Operator of Office of the Ex-Officio Constable for the Las Vegas Township, LVMPD OFFICER P. MEIJA, P#19596, and LVMPD OFFICER M. RAZO, P#19629, by and through their undersigned counsel, stipulate and agree as follows:

1. Plaintiff filed a Motion to Set Aside as Dkt. No. 37.

2. Defendants filed their Response as Dkt. No. 39.

3. Plaintiff's deadline to file his Reply is June 8, 2026.

4. Plaintiff's counsel is traveling for the medical care of his child through June 8, 2026.

1

5. Defendants' counsel graciously and professionally stipulated and agreed with Plaintiff to allow Plaintiff's counsel until June 15, 2026 to file Plaintiff's Reply.

LAW OFFICE OF MITCHELL STIPP, P.C.

*/s/ Mitchell D. Stipp*

MITCHELL D. STIPP, ESQ.
Nevada Bar No. 7531
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: 702.602.1242
***Attorney for Plaintiff***

KAEMPFER CROWELL

*/s/ Lyssa S. Anderson*

LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
***Attorneys for Defendants***

**IT IS SO ORDERED.**

Dated this 5 day of June, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**

2